## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

In Re:                                   Case No. 20-41328-PJS

LOPINIA L. R. ROE,                        Chapter 13

        Debtor(s).                 Honorable Phillip J. Shefferly

_____/

## **NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS**

Debtor(s) failed to file an income tax return for tax period(s) 2018 as

required by 11 USC 1308 and/or MCL 206.1 et seq. Failure to file tax returns

may result in the Michigan Department of Treasury either objecting to the

Debtor's Plan or filing a Motion to either Convert or Dismiss the case. Debtor

(s) is/are required to submit the following documents with the return(s):

- Schedules and/or credit forms with supporting documents
- All W-2s
- Federal Returns

## I.   SIGNED TAX RETURNS SHOULD BE SUBMITTED TO:
Michigan Department of Attorney General
SCFRA & Collections Division
Cadillac Place, Suite 10-200
3030 W. Grand Blvd
Detroit, MI 48202
Attn: Moe Freedman
**OR**
Via email: FreedmanM1@michigan.gov

1

Failure to submit the required documentation could result in a denial of a refund or increase the amount of tax owed.

## II.   IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

W-2 or 1099--Contact your EMPLOYER(S)
IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or
800-829-1040
IRS WEBSITE: www.irs.gov

Respectfully submitted,

DANA NESSEL
Attorney General

*/s/ Moe Freedman*
Moe Freedman  (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI  48202
Telephone:  (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated:  March 17, 2020

2