UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

**Lopina L.R. Roe**

|  |  |
|---|---|
| **Debtors(s).** | Case No: 20-41328 |
| _____/ | Chapter 13 |
|  | Judge: Shefferly |

## CERTIFICATION OF COMPLIANCE OF SUBMISSION OF TAX RETURNS

David Milstein, being sworn, deposes and says that on the 24th day of February, **2020**, he served a 2017 & 2018 Federal Income Tax Return in said case upon the following parties by fax/e-mail/U.S. Mail, postage prepaid, properly addressed as follows:

Trustee: kscfinancials@det13ksc.com

/s/David Milstein
David Milstein, P56543
Attorney for Debtor
38701 Seven Mile Rd., #445
Livonia, MI 48152
(734) 953-1161, fax (734)953-1167
bankruptcyassistancecenter@yahoo.com